# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 05-50 | 9469556 | E. Scott | 5057 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged (CFR) | USC | State Code |
|---|---|---|---|
| 05/16/2024 1943 | 38 CFR 1.218(a)(3) | | |

**Place of Offense:** Talbot Rd. VAMC Chillicothe

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Damaging government Property, Running over Helipad Lights and Leaving the Scene of an accident

**DEFENDANT INFORMATION**

| Last Name | First Name | MI |
|---|---|---|
| Secrest | Peggy | A |

Street Address: [redacted]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| KEU 9053 | OH | 21 | Kia/Rio | | Silver |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US Magistrate, 85 Marconi Blvd., Court Room 163, Columbus, Ohio 43215, (614) 719-3023
Date: 08/21/2024
Time: 11:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Peggy Secrest

Original - CVB Copy
*9469556*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 16th, 2024** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

SEE Attached

ES

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/17/2024  Officer's Signature: Ethan Scott

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident