UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 2:24-PO-00046 |
| | MAGISTRATE JUDGE JOLSON |
| SECREST, PEGGY A., | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is CONTINUE.

<u>8/21/2024</u>                         <u>s/Kimberly A. Jolson</u>
**DATE**                                **KIMBERLY A. JOLSON**
                                                 **United States Magistrate Judge**